| | | |
|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Susan Fairchild<br>Agent: Wayne Williams | Telephone: (313) 226-9577<br>Telephone: (810) 923-9765 |

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | | |
|---|---|---|
| United States of America<br>v.<br>Israel HUERTA RAMOS | Case No. | Case: 2:25−mj−30521<br>Assigned To : Unassigned<br>Assign. Date : 8/15/2025<br>Description: CMP USA V. HUERTA RAMOS (DJ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 3, 2025__ in the county of __Macomb__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Wayne Williams, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: August 15, 2025

City and state: Detroit, MI

*Judge's signature*

R. Steven Whalen, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Wayne Williams, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since April 2014. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating Israel HUERTA-RAMOS, which reveals the following:

2. Because this affidavit is submitted for the limited purpose of demonstrating probable cause for the issuance of the requested complaint and arrest warrant, it does not contain each and every fact known about this case by your affiant.

3. Based on the facts set forth in this affidavit, there is probable cause to believe that a violation of Title 8, United States Code, Section 1326(a), unlawful re-entry following removal, has been committed by Israel HUERTA-RAMOS.

4. Israel HUERTA-RAMOS is a forty-three-year-old male, native and citizen of Mexico, who last entered the United States at or near an unknown place, on or about an unknown date without being admitted, inspected, or paroled by an Immigration Officer.

5. On or about September 8, 2003, HUERTA-RAMOS was arrested for the offense of Assault-Second Degree and Deadly Weapon with Intent to Injure by the Baltimore City Police Department. That case was not prosecuted.

6. On or about June 19, 2005, HUERTA-RAMOS was arrested for the offense of Assault on Police Officer by Baltimore City Police Department. On August 31, 2005, the charge was changed to Disorderly Conduct and the case was not prosecuted.

7. On or about February 7, 2009, HUERTA-RAMOS was arrested for the offense of Assault-Second Degree by the Baltimore City Police Department. He was found not guilty.

8. On or about December 5, 2010, HUERTA-RAMOS was arrested for the offense of Assault-Second Degree, Deadly Weapon with Intent to Injure, and Reckless Endangerment by the Baltimore City Police Department. HUERTA-RAMOS was not prosecuted on those charges.

9. On or about June 13, 2010, HUERTA-RAMOS was arrested for the offense of Disorderly Conduct in Montgomery County. HUERTA RAMOS was found guilty (convicted) on January 6, 2011. Sentence is unknown.

10. On or about April 14, 2012, HUERTA-RAMOS was arrested for the offense of Assault-Second Degree by the Baltimore City Police Department. He was found not guilty of the charges.

11. On or about July 19, 2014, HUERTA-RAMOS was arrested for the offense of Assault- First and Second Degree and Domestic Violence by the Baltimore City Police Department. On August 18, 2014, the charges were not prosecuted.

12. On or about August 3, 2015, HUERTA-RAMOS was arrested for the offense of Assault-Second Degree by the Baltimore City Police Department. On December 8, 2015, his charges were not prosecuted.

13. On or about November 5, 2015, HUERTA-RAMOS was arrested for the offense of Intimidate or Influence Juror. On November 7, 2015, he was released on bond from the Baltimore City Jail. On December 8, 2015, his charges were not prosecuted.

14. On or about March 22, 2016, HUERTA-RAMOS was arrested for the offense of Assault-First Degree and Second Degree related to a Domestic Violence case in Talbot County, Maryland. According to reports, the charges arose from an incident where HUERTA-RAMOS physically assaulted his wife in the parking lot of a convenience store. The incident was recorded on surveillance video. On April 20, 2016, the charge of Assault- First Degree

was Nolle Prosequi. On June 14, 2016, a warrant was issued for his failure to appear for the Assault-Second Degree charge.

15. On or about May 16, 2016, HUERTA-RAMOS was encountered by Immigration and Customs Officers in Easton, Maryland at the Worcester County Jail. He was processed as a warrant of arrest/ notice to appear.

16. On or about June 28, 2017, HUERTA-RAMOS was ordered removed by an Immigration Judge.

17. On or about August 16, 2017, HUERTA-RAMOS was removed from the United States to Mexico through Brownsville, Texas.

18. On or about July 3, 2025, HUERTA-RAMOS was arrested by United States Border Patrol agents near St. Clair Shores, Michigan after a call for assistance. HUERTA-RAMOS was the driver of a car which stuck a light pole, causing it to fall completely to the ground. The vehicle was inoperable due to the crash and smelled of alcohol. HUERTA-RAMOS fled the scene of the accident and was later apprehended when he returned to the vehicle to retrieve his personal property. He was issued a citation from St. Clair Shores Police Department for Hit and Run.

19. Israel HUERTA-RAMOS' fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that HUERTA-RAMOS is a citizen of Mexico with the foregoing immigration history who has been previously removed from the United States. The record checks did not provide any evidence that HUERTA-RAMOS legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

20. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

21. Review of the Alien File (A# xxx xxx 986) for Israel HUERTA-RAMOS and queries in Department of Homeland Security databases confirm no record exists HUERTA-RAMOS obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on December 18, 2005.

22. Based on the above information, I believe there is probable cause to conclude that Israel HUERTA-RAMOS, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

*Complainant's signature*

Wayne Williams, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

August 15, 2025

Honorable R. Steven Whalen
United States Magistrate Judge